**93–2629.** State ex rel. Wood v. Miller. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**93–2634.** State ex rel. Crank v. Ohio Adult Parole Auth. In Mandamus. *Sua sponte,* cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

## MOTION DOCKET

**86–1597.** State v. Holloway. *Hamilton County,* No. C–840871. On motion to set execution date. Motion granted.

**92–1453.** CCH Computax, Inc. v. Limbach. Board of Tax Appeals, No. 88–D–566. On motion to clarify order. Motion denied.